**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| IN-DEPTH TEST LLC,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>QORVO, INC.,<br><br>　　　　　Defendant. | C.A. No. 18-cv-1462-CFC<br><br>**JURY TRIAL DEMANDED** |

**STIPULATION OF DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties, subject to the Court's approval, hereby agree that all claims, counterclaims, and defenses asserted in this action are dismissed without prejudice. Each party will bear its own costs and attorneys' fees.

Dated: January 20, 2019                                Respectfully submitted,

FARNAN LLP                                                    PEPPER HAMILTON LLP

/s/ *Brian E. Farnan*                                             /s/ James H.S. Levine
Brian E. Farnan (#4089)                                   James H. S. Levine (Del. Bar No. 5355)
Michael J. Farnan (#5165)                               1313 Market Street, Suite 5100
919 N. Market St., 12th Floor                         P.O. Box 1709
Wilmington, DE 19801                                    Wilmington, DE 19899-1709
Tel: (302) 777-0300                                          Telephone: 302-777-6536
bfarnan@farnanlaw.com                                Facsimile: 302-421-8390
mfarnan@farnanlaw.com                               Email: levinejh@pepperlaw.com

*Attorneys for Plaintiff*                                      *Counsel for Defendant Qorvo, Inc.*


IT IS SO ORDERED, this ___ day of January, 2019.

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　The Honorable Colm F. Connolly